**Merline FAUST, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**United States Postal Service, Intervenor.**

No. 2013–3155.

United States Court of Appeals, Federal Circuit.

June 11, 2014.

Michael D.J. Eisenberg, Law Office of Michael D.J. Eisenberg, of Washington, DC, argued for petitioner.

Lindsey Schreckengost, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief was Bryan G. Polisuk, General Counsel.

Allison Kidd–Miller, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for

intervenor. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Martin F. Hockey, Jr. Assistant Director. Of counsel was David C. Belt, Attorney, United States Postal Service, of Washington, DC.

PROST,* Chief Judge, DYK and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**